UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MAIRA SEPULVEDA,<br><br>    Petitioner<br><br>v.<br><br>JERRY HOWELL, et al.,<br><br>    Respondents | Case No.: 2:21-cv-01432-JAD-EJY<br><br>**Order Denying Application to Proceed *in Forma Pauperis* and Giving Petitioner Until September 21, 2021 to Pay Filing Fee**<br><br>[ECF No. 1] |

Petitioner Maira Sepulveda has submitted a *pro se* petition for writ of habeas corpus under 28 U.S.C. § 2254[1] and applied to proceed *in forma pauperis*.[2] Having reviewed her inmate-account statement and financial certificate, the court finds that Sepulveda is able to pay the full $5.00 fee.

IT IS THEREFORE ORDERED that petitioner's application to proceed *in forma pauperis* without having to prepay the full filing fee **[ECF No. 1] is DENIED**. Petitioner must have the $5.00 filing fee sent to the Clerk of this Court by September 21, 2021, or this case will be dismissed without further prior notice.

Dated: August 14, 2021

                                                               U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 1-1.
[2] ECF No. 1.