# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MAIRA SEPULVEDA, | Case No.: 2:21-cv-01432-JAD-EJY |
| Petitioner | **Order Denying Application to Proceed *in Forma Pauperis* and Giving Petitioner Until September 21, 2021 to Pay Filing Fee** |
| v. | |
| JERRY HOWELL, et al., | [ECF No. 1] |
| Respondents | |

Petitioner Maira Sepulveda had submitted a *pro se* petition for writ of habeas corpus under 28 U.S.C. § 2254[1] and had applied to proceed *in forma pauperis*.[2] I denied her application and directed her to pay the $5.00 filing fee by September 21, 2021. That deadline expired without payment of the filing fee.

IT IS THEREFORE ORDERED that **this action is DISMISSED without prejudice** because it was improperly commenced. A certificate of appealability is denied because jurists of reason would not disagree with this ruling.

IT FURTHER IS ORDERED that that the Clerk of Court is directed to:

- **Add** Aaron Ford, Attorney General for the State of Nevada, as counsel for respondents;
- **Provide copies** of this order and all prior filings to the Attorney General in a manner consistent with the clerk's current practice, such as regeneration of notices of electronic filing (though no response by the Attorney General is necessary); and

---

[1] ECF No. 1-1.
[2] ECF No. 1.

- **Enter judgment accordingly and close this case.**

Dated: November 4, 2021

_____
U.S. District Judge Jennifer A. Dorsey