UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MAIRA SEPULVEDA,<br><br>    Petitioner<br><br>v.<br><br>JERRY HOWELL, et al.,<br><br>    Respondent | Case No.: 2:21-cv-01432-JAD-EJY<br><br>**Order Reopening Case**<br><br>[ECF No. 9] |

    Habeas petitioner Maira Sepulveda has filed a letter asking for reconsideration of this court's order dismissing her petition based on the failure to pay the filing fee.[1] Sepulveda submitted a *pro se* petition for writ of habeas corpus under 28 U.S.C. § 2254[2] and applied to proceed *in forma pauperis*.[3] This court found that Sepulveda was able to pay the full $5.00 fee, so it denied her application to proceed *in forma pauperis* and ordered her to pay the $5.00 fee by September 21, 2021.[4] That deadline expired without payment of the filing fee, so this court dismissed this action without prejudice.[5] Sepulveda previously moved for reconsideration of that dismissal order, indicating that she had "sent the $5 filing fee" with her motion.[6] Sepulveda attached an inmate account transactions request, which stated that she authorized inmate services

---

[1] ECF No. 9.
[2] ECF No. 1-1.
[3] ECF No. 1.
[4] ECF No. 3.
[5] ECF No. 4.
[6] ECF No. 6 at 1.

to charge her account $5.00 in order to pay what appears to say "NDOC" on May 2, 2022.[7]  This court denied Sepulveda's motion for reconsideration because she had not adequately requested that inmate services pay the appropriate entity.[8]

In her current letter, Sepulveda states that the former law librarian filled out her previous brass slips, sending her $5.00 to the wrong entity.[9]  Sepulveda states that she has acted to rectify the situation.[10]  Indeed, Sepulveda included with her letter a new inmate account transaction request showing that she has authorized inmate services to charge her account $5.00 and that payment be sent to the Clerk of the Court.[11]  Because Sepulveda has acted to adequately comply with this court's order requiring her to pay the $5.00 filing fee, this case will be reopened and the dismissal order and judgment will be vacated.

IT IS THEREFORE ORDERED that

1. The Clerk of Court is instructed to **reopen this case, vacate the dismissal order (ECF No. 4), and vacate the judgment (ECF No. 5).**

2. **Sepulveda must pay the $5.00 filing fee by September 2, 2022**.  **Failure to do so will result in this action being dismissed again**.

Dated: July 19, 2022

_____
U.S. District Judge Jennifer A. Dorsey

---

[7] *Id.* at 2.
[8] ECF No. 7.
[9] ECF No. 9 at 1.
[10] *Id.*
[11] *Id.* at 2.

2