# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MAIRA SEPULVEDA,<br><br>    Petitioner<br><br>v.<br><br>JERRY HOWELL, et al.,<br><br>    Respondent | Case No.: 2:21-cv-01432-JAD-EJY<br><br>**Order Granting Unopposed Motion for Extension of Time**<br><br>[ECF No. 18] |

    Counseled Petitioner Maira Sepulveda brings an unopposed motion to extend the time to file a first amended petition.[1]  This is Sepulveda's first request for an extension of this deadline. So, with good cause appearing, IT IS HEREBY ORDERED that the unopposed motion for extension of time **[ECF No. 18] is GRANTED**.  Sepulveda has **until April 12, 2023, to file a first amended petition.**

    Dated: January 13, 2023

                                                                                   _____
                                                                                  U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 18.