# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MAIRA SEPULVEDA,<br><br>Petitioner<br><br>v.<br><br>JERRY HOWELL, et al.,<br><br>Respondent | Case No.: 2:21-cv-01432-JAD-EJY<br><br>**Order Granting Unopposed Motion for Extension of Time**<br><br>[ECF No. 20] |

Counseled Petitioner Maira Sepulveda brings an unopposed motion to extend the time to file a first amended petition.[1] This is Sepulveda's second request for an extension of this deadline. With good cause appearing, IT IS ORDERED that the unopposed motion for extension of time **[ECF No. 20] is GRANTED**. Sepulveda has **until July 11, 2023, to file a first amended petition.**

_____
U.S. District Judge Jennifer A. Dorsey
April 18, 2023, *nunc pro tunc* to April 12, 2023

---

[1] ECF No. 20.