## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MAIRA SEPULVEDA,<br><br>    Petitioner<br><br>v.<br><br>JERRY HOWELL, et al.,<br><br>    Respondent | Case No.: 2:21-cv-01432-JAD-EJY<br><br>**Order Granting Unopposed Motion for Extension of Time**<br><br>[ECF No. 23] |

    Counseled Petitioner Maira Sepulveda brings an unopposed motion to extend the time to file a first amended petition.[1]  This is Sepulveda's third request for an extension of this deadline. With good cause appearing, IT IS ORDERED that the unopposed motion for extension of time **[ECF No. 23] is GRANTED**.  Sepulveda has **until September 11, 2023, to file a first amended petition.**

    _____
U.S. District Judge Jennifer A. Dorsey
July 17, 2023

---

[1] ECF No. 23.